PELLETREAU v. UNITED ELECTRIC LIGHT & POWER CO.

(Common Pleas of New York City and County, General Term. November 5, 1894.)

SALE—ACTION FOR VALUE—EVIDENCE.

No recovery can be had for goods sold where it does not appear that any price was agreed on, and there is no evidence of the value of the goods.

Appeal from Second district court.

Action by Maltby K. Pelletreau against the United Electric Light & Power Company to recover on a contract for work, labor, and services. From a judgment rendered by a justice without a jury in favor of plaintiff, defendant appeals. Reversed.

Argued before BISCHOFF and GIEGERICH, JJ.

Charles Snow Kellogg, for appellant.
Howard A. Sperry, for respondent.

BISCHOFF, J. According to the return of the justice below, the defendant pleaded the statute of limitations and a general denial, no specification of the statute of frauds being made. Therefore the question, towards which much argument was devoted by the appellant, whether or not the contract in suit was open to objection under the latter statute, is not in the case. Crane v. Powell, 139 N. Y. 379, 34 N. E. 911. The judgment is, however, successfully assailed for insufficiency of proof, it being in no way made to appear that the sum of $57 (the amount for which judgment was rendered), or any other sum, was agreed upon by the parties as the price of the goods in suit; and assuming that the recovery proceeded not upon the contract, but upon the claim for work, labor, and services, and materials furnished, then the absence of any testimony as to their value presents a fatal defect in the evidence given to sustain that claim. Judgment reversed, and a new trial ordered, with costs to abide event.